IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | | CASE NO: 23-50947 |
| | ) | Chapter 13 |
| Bryant Keith Robinson | | |
| | ) | |
| | ) | |
| Debtor(s). | | Judge Alan M. Koschik |
| | ) | |
| | | <u>STATEMENT CONCERNING MORTGAGE PAYMENT</u> |

I, Bryant Keith Robinson, am the debtor herein, and I do solemnly state under penalty of perjury that I am no more than two (2) months delinquent in my current monthly mortgage payments and therefore I am excused from the requirement that otherwise would require me to pay my monthly mortgage payment by way of a conduit through the chapter 13 trustee.

Signed at Akron, Ohio, this 24th day of August, 2023.

/s/Bryant Keith Robinson

_______________________
Bryant Keith Robinson